UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LARRY GEPSON,

Plaintiff,

v.

TANYA SCEIRINE, *et al.*,

Defendants.

Case No. 3:18-cv-00209-MMD-CBC

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE
CARLA B. CARRY

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (EDF No. 11) ("R&R") relating to Plaintiff's application to proceed *in forma pauperis* ("IPF Application") (ECF No. 1) and *pro se* complaint ("Complaint") (ECF No. 1-1). Plaintiff had until December 31, 2018 (ECF No. 11) to file an objection. To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *id.* at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in *de novo* review here to determine whether to adopt Magistrate Judge Carry's R&R. Judge Carry granted Plaintiff's IFP Application because Plaintiff is unable to pay the filing fee in this matter. Further, construing Plaintiff's Complaint liberally, Magistrate Judge Carry found all claims for relief Plaintiff alleges untenable (ECF No. 11 at 2–5), concluding the "Complaint fails to state a claim in its entirety" (*id.* at 5). Upon reviewing the R&R and the Complaint, this Court agrees and finds good cause to accept and adopt the R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla B. Carry (ECF No. 11) be accepted and adopted in its entirety.

It is ordered that Plaintiff's application to proceed *in form pauperis* (ECF No. 1) without having to prepay the full filing fee is granted. Plaintiff will not be required to pay an initial installment fee. Nevertheless, the full filing fee will still be due, pursuant to 28 U.S.C. § 1915(b), as amended by the Prisoner Litigation Reform Act of 1996 ("PLRA"). Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status will not extend to the issuance of subpoenas at government expense.

It is further ordered that, pursuant to 28 U.S.C. § 1915, as amended by the PLRA, the Nevada Department of Corrections will pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposit to the account of Larry Gepson, Inmate No. 73477 (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk will send a copy of this order to the

Attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

It is further ordered that the Clerk detach and file the Complaint (ECF No. 1-1).

It is further ordered that the Complaint is dismissed without prejudice and without leave to amend. All pending motions (ECF Nos. 3, 4, 6, 7, 8, and 9) are denied as moot.

It is further ordered that the Clerk enter judgment and close this case.

DATED THIS 7th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE